NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1041

TECHNICAL FURNITURE GROUP, LLC
and THOMAS WHITE,

Plaintiffs-Appellants,

v.

CBT SUPPLY, INC., JEFFREY KORBER,
and JAMES B. BABCOCK,

Defendants-Appellees.

Appeal from the United States District Court for the District of Maryland in case no. 06-CV-3424, Senior Judge Marvin J. Garbis.

ON MOTION

Before LINN, <u>Circuit Judge</u>.

## O R D E R

Technical Furniture Group, LLC et al. move for leave to file their brief one day out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY - 1 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Steven E. Tiller, Esq.
Scott Alan Conwell, Esq.

s17



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK